# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ANTHONY TOWNSEND as father and next friend of Z.T., a minor,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>)  Case No. 2019-cv-06472 |
| **CONCEPT SCHOOLS NFP, d/b/a HORIZON SCIENCE ACADEMY McKINLEY PARK CHARTER SCHOOL, KALE GRAHAM and SARAH KRIPPINGER,** | )<br>)<br>)  **Judge Harry D. Leinenweber**<br>)<br>)<br>) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff Anthony Townsend, Father and next friend of his son, Z.T., a minor, and Defendant Concept Schools NFP, d/b/a/ Horizon Science Academy McKinley Park Charter School, an Illinois not-for-profit corporation ("Concept Schools"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action and all claims brought by Plaintiffs against Defendants Sarah Krippinger, Kale Graham and Concept Schools are dismissed with prejudice and without right to refile or reinstate. All parties shall bear their own attorney's fees, costs and expenses.

AGREED TO BY:

| | |
|---|---|
| **Anthony Townsend** | **Concept Schools NFP, d/b/a Horizon Science Academy McKinley Park Charter School** |
| | |
| By: */s/ Abby Bakos*<br>Abby Bakos | By: /s/ *Patrick J. Rocks*<br>Patrick J. Rocks |

| | |
|---|---|
| Attorney for Plaintiffs<br>**Erickson & Oppenheimer, Ltd.**<br>223 W. Jackson Blvd., Ste. 200<br>Chicago, Illinois 60606<br>Phone: 312-327-3370<br>Fax: 773-409-5827<br><br>abakos@eolawus.com | Attorney for Defendant Concept Schools<br>**Jackson Lewis P.C.**<br>150 S. Michigan Avenue, Suite 2500<br>Chicago, Illinois 60601<br>Phone: 312-787-4949<br>Fax: 312-787-4995<br><br>patrick.rocks@jacksonlewis.com |

## **CERTIFICATE OF SERVICE**

I, Patrick J. Rocks, an attorney, certify that on January 7, 2021, he caused a copy of ***Stipulation of Dismissal With Prejudice*** to be filed with the Clerk of the Court by electronic filing protocols, and that same will therefore be electronically served on all attorneys of record registered with the Court's ECF/CM system.

By: /s/ *Patrick J. Rocks*
Patrick J. Rocks